No. 1211. CURLEY *v.* UNITED STATES; and
No. 1235. SMITH *v.* UNITED STATES. June 2, 1947. Petitions for writs of certiorari to the United States Court of Appeals for the District of Columbia denied. MR. JUSTICE MURPHY is of the opinion that the petitions for certiorari should be granted. MR. JUSTICE FRANKFURTER

took no part in the consideration or decision of these applications. *William E. Leahy* and *Nicholas J. Chase* for petitioner in No. 1211. *Wm. B. O'Connell* for petitioner in No. 1235. *Acting Solicitor General Washington, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States. Reported below: 81 U. S. App. D. C. 389, 160 F. 2d 229.